IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA ex rel. )
TODD BOUTIN #273222, )
                              Petitioner, )
v.                                     )    No. 05 C 4726
JUDGE ROBERT J. WIRTZ, )
                              Respondent. )

## MEMORANDUM ORDER

Todd Boutin ("Boutin") has just submitted a fee-paid filing, using the form of "Amended Petition for Writ of Habeas Corpus--Person in State Custody" provided by this District Court's Clerk's Office for that purpose. Boutin's filing in this District Court is simply mistaken, for his completion of the form reflects that he was convicted in Wisconsin's Fond du Lac County Circuit Court and that he is in custody in the Stanley Correctional Institution in Stanley, Wisconsin. This action is accordingly ordered to be transferred forthwith to the United States District Court for the Eastern District of Wisconsin (see 28 U.S.C. §1406(a)).

                                       _____
                                       Milton I. Shadur
                                       Senior United States District Judge

Date: August 18, 2005